IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02262-RPM-BNB

SIERRA N. MAXSON,

    Plaintiff,
v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.
_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss with Prejudice [35] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorney's fees and costs in this federal case.

DATED:  April 5th, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge